IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

THEODUS LINDSEY, PLAINTIFF

V. NO. 4:06CV22-P-D

MISSISSIPPI STATE PAROLE BOARD, ET AL, DEFENDANTS

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** with prejudice as frivolous under 28 U.S.C. §1915(e)(2)(B)(i).

**IT IS SO ORDERED.**

THIS the 24th day of February, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE